IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17CR00439 |
| | ) | |
| Plaintiff | ) | HON. JAMES S. GWIN |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL W. SPELLMAN, *et al.* | ) | **NOTICE OF INTENT TO WITHDRAW** |
| | ) | **PLEA OF NOT GUILTY AND ENTER** |
| Defendant | ) | **GUILTY PLEA** |

Now comes Defendant Michael W. Spellman, by and through undersigned counsel, and respectfully submits that he has reached an agreement with the United States Attorney's Office and intends to change his plea from not guilty to guilty, and respectfully requests this matter be set for a Change of Plea Hearing.

        Respectfully submitted,

        *s/Roger M. Synenberg*
        ROGER M. SYNENBERG (0032517)
        CLARE C. MORAN (0081134)
        Synenberg, Coletta & Moran, LLC
        55 Public Square, Suite 1331
        Cleveland, Ohio 44113
        (216) 622-2727
        (216) 622-2707 FAX
        lawoffice@synenberg.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 9, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular US mail. Parties may access this filing through the Court's system.

                                        *s/Roger M. Synenberg*
                                        ROGER M. SYNENBERG